# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **JAVIER ANTONIO FERNANDEZ LEON**

Debtor(s)

CASE NO: **16-08050-ESL**

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **10/06/2016**

Days From Petition Date: **35**

910 Days Before Petition: **04/10/2014**

Chapter 13 Plan Date: **10/12/2016**  ☐ Amended

This is Debtor(s) **1** Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# **MO 1241**

Date: **11/2/2016**   Amount: $ **260.00**

First Meeting Date: **11/10/2016 at 9:00AM**

341 Meeting Date: **11/10/2016 at 9:00AM**

Confirmation Hearing Date: **12/16/2016 at 11:00AM**

Plan Base: **$15,600.00**   Plan Docket # **9**

This is the **1** scheduled meeting.

Total Paid In: **$0.00**

*APPEREANCES:   ☐ Telephone   ☐ Video Conference

Debtor: ☒ Present  ☐ Absent  ☒ ID & Soc. OK         Joint Debtor: ☐ Present  ☐ Absent   ☐ ID & Soc. OK

☒ Examined   ☐ Not Examined under Oath          ☐ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☒ Creditor(s) Present          ☐ None

ASUME- Basabe

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO ARISTIDES FIGUEROA COLON***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$242.00**    Outstanding (Through the Plan): **$2,758.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☒ Under  ☐ Above Median Income          Liquidation Value: $ 0.00

Commitment Period is     ☒ 36 months   ☐ 60 months §1325(b)(1)(B)      Projected Disp. Inc.: $ n/a

The Trustee:    ☐ NOT OBJECTS   ☒ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____




*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]
-No objections

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor has failed to submit value of the vehicle listed in Schedules B.

Debtor has failed to submit evidence of PAN income.

[1325(a)(1)] Self-employed Business Debtor - Failure to comply with her/his/their duties. [11 U.S.C.1302(b), 704(a)(2)-(7), and 704(a)(9)]

Debtor has failed to submit income and expense sheets for the 6 month period prior to the filing of the case. Debtor does not have a separate bank account for the business. (Kiosko de Frituras)
- Business Questionnaire- not submitted
-Mors or any other income evidence- not submitted.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to pay 100% of [507] priority claims. [1322(d)(1)]

Suggested minimum base $15,800.00.

[1325(a)(8)] DSO Payment Default – Debtor(s) is in default with post-petition DSO payments.

On ASUME account Claim 2 - JENNIFER VEGA REYES, debtor must maintain current payments, ASUME representative stated debtor has complied post petition payments.

On claim 1 - ASUME-LOIDY MORERA DIAZ, debtor only will pay arrears since children reach legal age.

-Debtor must submit contact information of DSO claimant Loidy Morera Diaz (name, telephone and address).




[1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

Must submit additional PAN income for debtor and consensual spouse each receive $112.00.
- In schedules it was only included the amount received by consensual spouse.


/s/ Jose R. Carrion, Esq.      Meeting Date: Nov 10, 2016

/s/ Juliel Perez, Esq., Presiding Officer

Trustee

Case:16-08050-ESL13 Doc#:11 Filed:11/14/16 Entered:11/14/16 09:43:15 Desc: Main Document Page 3 of 3

Last Docket Verified: 10   Last Claim Verified: 0